IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 16 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 3:10-CR-15 |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| v. ) | T. 26 U.S.C. § 7203 |
| ) | |
| DAVID LAWRENCE LARSEN, ) | |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Failure To File - 2003)

That during the calendar year 2003, the defendant, DAVID LAWRENCE LARSEN, who was a resident of Kalona, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2003, and on or before April 15, 2004, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled; that well-knowing and believing all of the foregoing, defendant, DAVID LAWRENCE LARSEN, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Failure To File - 2004)**

That during the calendar year 2004, the defendant, DAVID LAWRENCE LARSEN, who was a resident of Kalona, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2004, and on or before April 15, 2005, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled; that well-knowing and believing all of the foregoing, defendant, DAVID LAWRENCE LARSEN, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Failure To File -2005)**

That during the calendar year 2005, the defendant, DAVID LAWRENCE LARSEN, who was a resident of Kalona, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the

calendar year 2005, and on or before April 17, 2006, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled; that well-knowing and believing all of the foregoing, defendant, DAVID LAWRENCE LARSEN, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
### (Failure To File -2006)

That during the calendar year 2006, the defendant, DAVID LAWRENCE LARSEN, who was a resident of Kalona, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2005, and on or before April 16, 2007, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled; that well-knowing and believing all of the foregoing, defendant, DAVID LAWRENCE LARSEN, did

3

willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**A TRUE BILL.**

_____/s/_____
FOREPERSON


Nicholas A. Klinefeldt
United States Attorney


By: /s/_____
    Andrew H. Kahl
    Assistant United States Attorney